Lindsey A. Szymczak, Esq.  (IN #31385-49)
   (admitted *Pro Hac Vice*)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  lszymczak@schuckitlaw.com

*Lead Counsel for Defendant Trans Union, LLC*

Monica Katz-Lapides, Esq. (CSB #267231)
Tate & Associates
1321 8th Street, Suite 4
Berkeley, CA  94710
Telephone:  510-525-5100
Fax:  510-525-5130
E-Mail:  mkl@tateandassociates-law.com

*Local Counsel for Defendant Trans Union, LLC*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| FELETI LIVAI,<br>        Plaintiff,<br><br>    vs.<br><br>BLUESTEM BRANDS, INC. dba FINGERHUT; TRANS UNION, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and EQUIFAX, INC.<br>        Defendants. | CASE NO.  4:15-cv-03624-DMR<br><br>[~~PROPOSED~~] **ORDER OF WITHDRAWAL *PRO HAC VICE* ADMISSION OF LINDSEY A. SZYMCZAK** |

　　This cause is before the Court on Lindsey A. Szymczak's Motion to Withdraw *Pro Hac Vice* Admission.  The Court, being duly advised, hereby GRANTS said Motion.

　　Lindsey A. Szymczak's *pro hac vice* admission is hereby withdrawn.

**MOTION TO WITHDRAW *PRO HAC VICE* ADMISSION OF LINDSEY A. SZYMCZAK – 4:15-CV-03624-DMR**

1  IT IS SO ORDERED this __21st__ day of __August__, 2015.

3  _____
   Judge, U.S. District Court, Northern District of California

*IT IS SO ORDERED*
*Judge Vince Chhabria*

4  Distribution:

5  Adrian Bacon, Esq.
   abacon@attorneysforconsumers.com

7  Connie Tcheng, Esq.
   ctcheng@dollamir.com

9  Douglas L. Clark, Esq.
   dlclark@jonesday.com

10 Monica Katz-Lapides, Esq.
11 mkl@tateandassociates-law.com

12 Suren Naradha Weerasuriya, Esq.
13 sweerasuriya@attorneysforconsumers.com

14 Todd Michael Friedman, Esq.
15 tfriedman@attorneysforconsumers.com

16 Lindsey A. Szymczak, Esq.
   lszymczak@schuckitlaw.com