Reset Form

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

Feleti Livai )
               Plaintiff(s), )
       v. )
Bank of America, N.A,, et al. )
               Defendant(s). )

Case No: 4:15-cv-03624-D

**APPLICATION FOR
ADMISSION OF ATTORNEY
PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, William M. Huse, an active member in good standing of the bar of Indiana Supreme Court, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Trans Union, LLC in the above-entitled action. My local co-counsel in this case is Monica Katz-Lapides, Esq., an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Schuckit & Associates, P.C., 4545 Northwestern Drive, Zionsville, IN  46077 | Tate & Associates, 1321 8th Street, Suite 4, Berkeley, CA  94710 |
| MY TELEPHONE # OF RECORD: (317) 363-2400 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: (510) 525-5100 |
| MY EMAIL ADDRESS OF RECORD: whuse@schuckitlaw.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: mkl@tateandassociates-law.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 31622-49.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated:  08/14/15

                   William M. Huse ⊞
                         APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of William M. Huse is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:  August 27, 2015

                   UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

# SUPREME COURT OF
# THE STATE OF INDIANA



## *Certification*

**STATE OF INDIANA, SS:**

     I, Kevin S. Smith, Clerk of the Supreme Court of Indiana, do hereby certify that

*WILLIAM MADISON HUSE*

is a member of the bar of said Court since admission on *January 29, 2014*, and is in good standing therein.

     GIVEN under my hand and the seal of said Court at Indianapolis, Indiana, this *5th* day of *March*, 20 *15* .

_____

**KEVIN S. SMITH**
**CLERK, SUPREME COURT OF INDIANA**